Marie Bradshaw Durrant (Wyo. Bar No. 8-6992)
PACIFICORP
1407 West North Temple, Suite 320
Salt Lake City, Utah 84116
Telephone: (801) 220-4050
marie.durrant@pacificorp.com

*Attorney for Plaintiff PacifiCorp*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, in his capacity as Administrator of the United States Environmental Protection Agency,<br><br>　　　　　Defendants. | **PLAINTIFF PACIFICORP'S MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(c)**<br><br>Case No. 1:23-cv-198-SWS (Lead Case); Case No. 2:23-cv-200-SWS (Member Case) |
| PACIFICORP, an Oregon corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, in his capacity as Administrator of the United States Environmental Protection Agency,<br><br>　　　　　Defendants. | Judge: Scott W. Skavdahl<br><br>Magistrate Judge: Kelly H. Rankin |

COMES NOW, Plaintiff PacifiCorp ("PacifiCorp"), by and through counsel of record, and hereby moves this Court for judgment on the pleadings in favor of PacifiCorp and against Defendants the United States Environmental Protection Agency and Administrator Michael S. Regan (collectively, "EPA"), pursuant to the Federal Rules of Civil Procedure and this Court's local rules.  As required by Local Rule 7.1(b)(2)(A), PacifiCorp has concurrently filed a Memorandum with grounds and authorities supporting this Motion.  For the reasons discussed in the accompanying Memorandum, PacifiCorp respectfully requests that this Court enter judgment on the pleadings in favor of PacifiCorp and against EPA and: (1) declare that EPA is in violation of the Clean Air Act by failing to take timely action on Wyoming's state implementation plan ("SIP"); (2) compel EPA to take action on Wyoming's SIP; and (3) provide that EPA must negotiate in good faith with PacifiCorp on a proposed deadline for that action that the parties will submit to the Court for its approval.

Respectfully submitted: February 14, 2024,

/s/Marie Bradshaw Durrant
Marie Bradshaw Durrant (Wyo. Bar No. 8-6992)
PACIFICORP
1407 West North Temple, Suite 320
Salt Lake City, Utah 84116
Telephone: (801) 220-4050
marie.durrant@pacificorp.com

*Attorney for Plaintiff PacifiCorp*